UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

RONALD R. MURRAY,                )
                                 )
         Plaintiff,              )
                                 )
    v.                           )    No. 2:07-CV-3-MLM
                                 )
RANDOLPH COUNTY 14TH CIRCUIT COURT, )
et al.,                          )
                                 )
         Defendants.             )

**ORDER**

This matter is before the Court upon review of plaintiff's "Motion for Reconsideration" [Doc. #7] of this Court's January 16, 2007 dismissal of the instant action.

Plaintiff alleges in the instant motion that "the [state] court ruled that [his] ex-wife . . . be awarded 50% of 10/13 of [his] military retirement . . . [and that] both state and federal requirements make it unlawful to award a portion of disability retirement." He further alleges that the "award of child support was obtained by fraud [under] Nebraska state law."

For the reasons set forth in this Court's January 16, 2007 Order and Memorandum [Doc. #5], this Court lacks subject matter jurisdiction over plaintiff's claims. Moreover, to the extent that plaintiff claims that a final state-court ruling has been entered in the underlying state child support proceeding, this Court further notes that Congress has vested only the United States Supreme Court with jurisdiction to review state court decisions.

28 U.S.C. § 1257. The Rooker-Feldman doctrine, a corollary to this rule, prohibits "lower federal courts . . . from exercising appellate jurisdiction over final state-court judgments." Lance v. Dennis, 546 U.S. 459, 126 S.Ct. 1198, 1201 (2006)(per curiam).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion for Reconsideration" [Doc. #7] requesting reconsideration of this Court's January 16, 2007 dismissal of the instant action is **DENIED**.

Dated this 5th day of February, 2007


    /s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**